RECEIVED
APR - 4 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DIVISION

CHRISTOPHER MCCRAY
Plaintiff

CASE NUMBER: EP23CV0137

BESSIE WILLIAMS, TERRENCE WILLIAMS, WILLIE HAYES
Defendants

## Original Petition and Complaint for Breach of Contract and Default on a Promissory Note

1. Christopher McCray, hereafter, referred as "Plaintiff" address is:

    3549A Orr Circle, El Paso, Texas, 79904

2. Bessie Williams, hereafter referred to as "Defendant" address is:

    238 East 86th Street, Brooklyn, New York, 11236

3. Terrence Williams, hereafter referred to as "Defendant1" address is:

    2748 Fork Creek Church Road, Ellenwood, Georgia, 30294

4. Willie Hayes, hereafter referred to as "Defendant2" address is:

    238 East 86th Street , Brooklyn, New York, 11236

5. This court has Jurisdiction over this matter per 28 U.S.C.A. § 1332, **Diversity of citizenship; amount in controversy; costs**

(a) The district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between--

(1) citizens of different States;

(2) citizens of a State and citizens or subjects of a foreign state, except that the district courts shall not have original jurisdiction under this subsection of an action between citizens of a State and citizens or subjects of a foreign state who are lawfully admitted for permanent residence in the United States and are domiciled in the same State;

(3) citizens of different States and in which citizens or subjects of a foreign state are additional parties; and

(4) a foreign state, defined in section 1603(a) of this title, as plaintiff and citizens of a State or of different States.

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DIVISION

CHRISTOPHER MCCRAY
Plaintiff

CASE NUMBER: EP23CV0137

BESSIE WILLIAMS, TERRENCE WILLIAMS, WILLIE HAYES
Defendants

6. The defendant has not paid the amount owed.

THEREFORE, plaintiff demands judgment against defendants for the sum of $250,000.00, interest, and costs. Plaintiff demands judgment against Defendants in the total amount of $620,000.00

Dated: 230307

Christopher McCray
Plaintiff / Petitioner
3549A Orr Circle,
El Paso, Texas,
        79904
915-979-2460
Chris_Mccraye@yahoo.com

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DIVISION

CHRISTOPHER MCCRAY
Plaintiff

CASE NUMBER: _____

BESSIE WILLIAMS, TERRENCE WILLIAMS, WILLIE HAYES
Defendants

## INTRODUCTION

1. Patrick Faboules, hereafter referred to as "Friend of Plaintiff" introduced Plaintiff to Terrence Williams, who is affectionately known to "Friend of Plaintiff" as "Step-Father" and hereafter referred to as **"Defendant1"**
2. Terrence Johnson, a friend of Plaintiff, hereafter referred to as **"Broker"**
3. Bessie Williams, who is affectionately known as "Mother" of **"Defendant1"** and hereafter referred to as **"Defendant"**
4. Willie Hayes, hereafter referred to as, **"Defendant2"**, where the funds were supposed to be distributed for a pending lawsuit against CITY OF ROCHELLE, NEW YORK POLICE DEPARTMENT
5. Bessie Williams, who is affectionately known as "Mother" of **"Defendant2"** and hereafter referred to as **"Defendant"**
6. Plaintiff gave **"Defendant"** via Wire Transfer $50,000
7. Broker, **"Defendant1"** and Plaintiff signed a Promissory Note, which details the contractual agreement between the parties
8. At time of agreement, Plaintiff, resided in the State of Georgia
9. Plaintiff, now resides in El Paso, Texas
10. Plaintiff is suing for the contractual agreement amount plus interest accrued by the date due from July 1, 2013, in the amount of over $650,000
11. **Defendants** have defaulted on the agreement and, up to the date of this filing, failed to perform any and all of the contractual obligations

## ALLEGATIONS

First Allegation
   On May 13, 2013, Patrick Faboules, Witness to agreement / Non-Party of this case, was present when Broker and Plaintiff negotiated the terms of the 50k loan and signatures signed on the promissory note. On or about May 31, 2013, Plaintiff made a wire transfer of $50,000 to a Chase Bank account A/ 21000021, /1853003663, belonging to Defendant for the legal fees of Defendant2 for a pending settlement case involving CITY OF ROCHELLE NY POLICE DEPARTMENT

Second Allegation
   The terms for fulfillment of the agreement as due on July 1, 2013 in the amount of $370,000, for $120,000 for Vehicle Expense for Broker, $250,000 negotiated repayment for funds received from Plaintiff for legal expenses in a pending settlement lawsuit where, Defendant2 was the Plaintiff

Third Allegation
   Plaintiff never received contracted amount, per the terms of Promissory Note, up to the date of this filing for the LOAN THEY DID RECIEVE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DIVISION

<u>CHRISTOPHER MCCRAY</u>
Plaintiff

CASE NUMBER: _____

<u>BESSIE WILLIAMS, TERRENCE WILLIAMS, WILLIE HAYES</u>
Defendants

Fourth Allegation
After due date of July 1, 2013, Plaintiff made multiple calls to Defendants, where Defendant and Defendant1, assured Plaintiff of the status of "Still in Litigation" and settlement is going in favor of Defendant2.

Fifth Allegation
Plaintiff, has on multiple occasions, been unsuccessful at contacting Defendants for over 12 months concerning the status of the case and orally, requesting payment of contractual obligation. Plaintiff has left multiple voicemails and, for some time, considered taking legal actions. Defendants, claimed, they "have not received the settlement money yet but it's on the way." Plaintiff relied on their statements.

Sixth Allegation
After about in year later, in 2014, Broker, informed Plaintiff, that Defendant2 needed an additional $1200 to pay the taxes for the settlement of the lawsuit. Plaintiff, in belief that the suit has been settled, agreed to pay his share of the taxes, via wire transfer to Broker, to give to Defendant2. Plaintiff relied on these statements.

Seventh Allegation
Plaintiff, after waiting for over 2 years, decided, on 08-21-2015, to send a Certified Letter to Defendant1, at his home address, demanding the repayment of the loan. The letter was returned.

Eight Allegation
On or about June 2016, 10 months later, Defendant2, claimed that he would be "going to purchase a Land Rover, traveling to visit a family member who passed away" and insisted that he "will be sending the plaintiff payment in full for the Promissory Note." Plaintiff failed to hear from any Defendants for more than a year. Plaintiff still relied on Defendant2 claims for repayment.

Ninth Allegation
From 2017 through 2018, Certified Letters were sent to the address of Defendant and Defendant1, with an Opportunity to Cure the Default on the Promissory Note and the correspondence was returned. On 11-14-2017, at 4:55pm and 12/12/2017 at 3:12pm, Defendant1, Demand Letter was delivered to residence by posting on the gates of the residence by Process Server who indicated that the residence was chained up. Process Server took pictures of the residence as proof of personal delivery. On 11-24-17 at 8:30pm Defendant Bessie Williams was served 1st letter of Opportunity to Cure by the process server.
On 12-19-17 at 2:35pm Defendant Bessie Williams was served a 2nd letter of Opportunity to Cure by the process server.

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**DIVISION**

<u>CHRISTOPHER MCCRAY</u>
Plaintiff

CASE NUMBER: _____

<u>BESSIE WILLIAMS, TERRENCE WILLIAMS, WILLIE HAYES</u>
Defendants

Tenth Allegation

On or about, 04-02-2018 Plaintiff spoke with Broker , who claimed that Defendant2 repaid Defendant and that Defendant should have paid Plaintiff, at least 3 months prior. Plaintiff spoke with "Friend of Plaintiff" at 7:10pm, who claimed to have messaged both Defendant and Defendant1, to please contact me. "Friend of Plaintiff" also concluded that Defendant may not have paid me just yet because they are celebrating Defendant's Bessie Williams 80th Birthday. Plaintiff called Defendant1 who then claimed that "I don't have the money owed to you!" and, further, scoffed and stated, "I can't talk at the moment because I have court for a murder charge for my son and will have to call you next week." Defendant1 did not return Plaintiff calls. Plaintiff sent a text message to the Defendant asking to contact Plaintiff.

Eleventh Allegation

On or About 04-21-2018, Plaintiff, finally got in contact with Defendant2 on the phone. Defendant2 demanded strict proof that Plaintiff made a Wire Transfer to Defendant, for an attorney from Rice and Rice Firm, for Defendant2. Plaintiff showed Defendant2 proof of the Wire Transfer via text (See Exhibit _____), wherefore, Defendant2 and Plaintiff agreed the loan was due. Defendant2 and Plaintiff agreed that the funds due will be deposited into Plaintiff's Account, from his Chase account. Plaintiff relied on Defendant2 statements.

Twelfth Allegation

On or about 05-17-2018, Plaintiff opened a checking account with Chase Bank with account number (See Exhibit _____), specifically, for this transaction (and to avoid any additional fees) and Defendant2 agreed to pay all transfer fees associated with transaction from Defendant2 Chase Bank account number (See Exhibit _____). As of this filing, No Wire Transfer has occurred or expected to be sent to Plaintiff by any other method to satisfy the Terms of the Agreement, to settle the conditions of the Promissory Note, for repayment of the loan. Defendant2, stated that he would "Send $350,000 to you for repayment of the Promissory Note, to satisfy the terms of the agreement." Plaintiff relied on this statement.

Thirteenth Allegation

On 01-31-22 at 11:12pm Defendant stated that she has not received any payment from Defendant2, speaking via phone.

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DIVISION

CHRISTOPHER MCCRAY
Plaintiff

CASE NUMBER: _____

BESSIE WILLIAMS, TERRENCE WILLIAMS, WILLIE HAYES
Defendants

FACTS

**Breach of Contract**

**JURISDICTION AND VENUE**

1. This is an action for breach of contract between citizens of different states involving an amount in controversy in excess of $75,000.

2. This court has original subject matter jurisdiction over this civil action pursuant to 28 U.S.C.A. § 1332(a)(1).

3. Plaintiff is a citizen of the State of *Texas* residing in *El Paso, Texas*.

4. Defendants are citizens of *the State of Georgia and the State of New York*.

6. On or about *May 13, 2013*, plaintiff entered into an agreement in writing with defendants, a copy of which is attached as "Exhibit _____" and made a part of this complaint.

7. All conditions precedent have been performed by plaintiff or have occurred.

8. Defendants has failed and neglected to perform the agreement in that *the amounts due from the agreement and Promissory Note, in the amount of $350,000 plus interest and fees, have yet to be Tendered, per the agreement and conditions of the Promissory Note for a Loan they received. Defendants have defaulted on the Promissory Note and Plaintiff have served with letters styled "Opportunity to Cure" and aforementioned occasions, by a Process Server, who completed an Affidavit of Proof of Service.*

THEREFORE, plaintiff demands judgment against defendant for the sum of $370,000.00 with costs.

Dated: _____

**Complaint on the Promissory Note**

**JURISDICTION AND VENUE**

1. This is an action for breach of contract between citizens of different states involving an amount in controversy in excess of $75,000.

2. This court has original subject matter jurisdiction over this civil action pursuant to 28 U.S.C.A. § 1332(a)(1).

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DIVISION

<u>CHRISTOPHER MCCRAY</u>
Plaintiff

CASE NUMBER: _____

<u>BESSIE WILLIAMS, TERRENCE WILLIAMS, WILLIE HAYES</u>
Defendants

3. Plaintiff is a citizen of the State of *Texas* residing in *El Paso, Texas*.

4. Defendants are citizens of *the State of Georgia and the State of New York*.

5. On *May 31, 2013*, the defendant executed and delivered a note promising to pay the plaintiff on *July 1, 2013* the sum of $250,000.00 with interest at the rate of *10%* per annum. A copy of the note *is attached as Exhibit _____ and is summarized as follows: For value received, the undersigned Terrence Williams (the "Borrower"), at 2748 Fork Creek Church Rd., Ellenwood, Georgia 30294, promises to pay to the order of Terrance X. Johnson and Chris McCray (the "Lender"), at 5128 Winding Glen Drive, Lithonia, Georgia 30038 (or at such other place as the Lender may designate in writing), the sum of $250,000.00 and $120,000 vehicle expense, with interest from July 01, 2013, on the unpaid principal at the rate of 10% per annum.*

*I. TERMS OF REPAYMENT*

*A. Payments*

*Unpaid principal after the Due Date shown below shall accrue interest at a rate of 10.0% annually, until paid. The unpaid principal and accrued interest shall be payable in full on July 01, 2013 (the "Due Date").*

*B. Application of Payments*

*All payments on this Note shall be applied first in payment of accrued interest and any remainder in payment of principal.*

*C. Acceleration of Debt*

*If any payment obligation under this Note is not paid when due, the remaining unpaid principal balance and any accrued interest shall become due immediately at the option of the Lender.*

*II. PREPAYMENT*

*The Borrower reserves the right to prepay this Note by making payment in full of the then remaining unpaid principal and accrued interest*

*III. COLLECTION COSTS*

*If any payment obligation under this Note is not paid when due, the Borrower promises to pay all costs of collection, including reasonable attorney foes, whether or not a lawsuit is commenced as part of the collection process.*

*IV. DEFAULT*

*If any of the following events of default occur, this Note and any other obligations of the Borrower to the Lender, shall become due immediately, without demand or notice:*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DIVISION

CHRISTOPHER MCCRAY
Plaintiff

CASE NUMBER: _____

BESSIE WILLIAMS, TERRENCE WILLIAMS, WILLIE HAYES
Defendants

6. The defendant has not paid the amount owed.

THEREFORE, plaintiff demands judgment against defendants for the sum of $250,000.00, interest, and costs. Plaintiff demands judgment against Defendants in the total amount of $620,000.00

Dated: 04/02/2023

_____
Christopher E McCray (Apr 2, 2023 19:50 MDT)
Christopher McCray
Plaintiff / Petitioner
3549A Orr Circle,
El Paso, Texas,
           79904
915-979-2460
Chris_Mccraye@yahoo.com

Attachment 11 - Certificate of Service

## CERTIFICATE OF SERVICE

I, __Christopher McCray__, Plaintiff pro se, do here by certify that on the __7th__ Day of __March__, 20 __23__, a true and correct copy of the foregoing pleading was forwarded to Defendant by: Certified Mail at the following address: 2748 Fork Creek Church Road, Ellenwood, Georgia, 30294 of Defendant, Terrence Williams

Dated: __23 03 07__

__Christopher E McCray, ARR°__
Signature of Plaintiff

Attachment 11 - Certificate of Service

## CERTIFICATE OF SERVICE

I, __Christopher McCray__, Plaintiff pro se, do here by certify that on the _____ Day of _____, 20 23 ___, a true and correct copy of the foregoing pleading was forwarded to Defendant by: Certified Mail at the following address: 238 East 86th Street, Brooklyn, New York, 11236 of Defendant, Bessie Williams.

Dated: __230307__

_Christoph E McCay, AREP_
Signature of Plaintiff

51

Rev. Ed. October 26, 2017