**Attachment 8 - Summons Form**

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

___WESTERN_____ District of _____TE)(AS_____

)
)
Christopher McCray
)
*Plaintiff*
)
v.
)
Bessie Williams, Terrence Williams, Willie Hayes
)
*Defendant*
)

**JUDGE DAVID GUADERRAMA**

Civil Action No.

**EP23CV0137**

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Willie    Hayes

238 East 86th Street, Brooklyn, New York, 11236

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Christopher McCray
3549A Orr Circle
E Paso, Texas 79904
(915) 979 — 2460

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 06/07/2023



CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

47

AO 440 (Rev. 12/09)   Summons in a Civil Action

**Attachment 8 - Summons Form**

# UNITED STATES DISTRICT COURT

for the

__WESTERN_____ District of ____TEXAS____

|  |  |
|---|---|
| **Christopher McCray** <br> *Plaintiff* <br> v. <br> Bessie Williams, Terrence Williams, Willie Hayes <br> *Defendant* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**JUDGE DAVID GUADERRAMA**

Civil Action No.

**EP23CV0137**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Bessie Williams

238 East 86th Street, Brooklyn, New York, 11236

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.   The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Christopher McCray, 3549A Orr Circle, El Paso, Texas  79904  (915) 979—2460.

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:   06/07/2023

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

47

Rev. Ed. October 26, 2017

**Attachment 8 - Summons Form**

AO 440 (Rev. 12/09)   Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

__WESTERN_____   District of ____TEXAS_____

|  |  |
|---|---|
| | ) |
| **Christopher McCray** | ) |
| *Plaintiff* | ) |
| v. | ) |
| | ) |
| Bessie Williams, Terrence Williams, Willie Hayes | ) |
| *Defendant* | ) |

**JUDGE DAVID GUADERRAMA**

Civil Action No.

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

**EP 23 CV 0137**

Terrence Williams

2748 Fork Creek Church Road, Ellenwood, Georgia, 30294

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Christopher McCray, 3549A Orr Circle, El Paso, Texas 79904 (915) 979—2460.

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:   06/07/2023

*Signature of Clerk or Deputy Clerk*

**47**

Rev. Ed. October 26, 2017